AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts Southern
District of Texas
FILED

*April 30, 2022*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   M-22-0856-M |
| Brian Elian ALFARO-BALDERAS | ) | |
| 2002/USC | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___April 29, 2022___ in the county of ___Hidalgo___ in the
___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C.  § 952 | did knowingly and intentionally import from Mexico into the United States approximately 6.34 kilograms of cocaine, a Schedule II controlled substance |
| 21 U.S.C.  § 841 | did knowingly and intentionally possess with the intent to distribute approximately 6.34 kilograms of cocaine, a Schedule II controlled substance |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✔ Continued on the attached sheet.

Approved AUSA L Garcia

/s/  Brian Bagnoli
_____
*Complainant's signature*

Brian Bagnoli, HSI Special Agent
_____
*Printed name and title*

Sworn to and executed by reliable electronic
means, sworn to and attested telephonically
per FED.R.CR.4.1, and probable cause found
on:

Date: ___April 30, 2022___  **6:12 PM**
_____
*Judge's signature*

City and state:   ___McAllen, Texas___

U.S. Magistrate Judge Nadia S. Medrano
_____
*Printed name and title*

Attachment "A"

On April 29, 2022, at approximately 10:00 a.m., a black Toyota Tacoma, bearing Texas license plates, entered the United States through the Hidalgo Texas Port of Entry from Mexico. A male driver, who was identified as Brian Elian ALFARO-BALDERAS with an additional female passenger.

Customs and Border Protection Officers (CBPO) referred the vehicle for secondary inspection. In secondary inspection, a CBPO Canine alerted to the odor of narcotics emitting from the vehicle. The vehicle was sent for an X-Ray inspection. The X-Ray images showed anomalies located in the dashboard area on the passenger side. The search of the area revealed multiple packages containing a substance that field tested positive for the characteristics of cocaine with a total approximate weight of 6.34 kilograms.

Homeland Security Investigations Agents responded to assist in the investigation. During a post Miranda interview of ALFARO-BALDERAS, ALFARO-BALDERAS made the following non-verbatim statements that have been paraphrased and may not be in the order in which he gave them:

ALFARO-BALDERAS stated that another individual had given him the truck. This individual wanted ALFARO-BALDERAS to cross from Mexico to the United States twice in order to make a record of ALFARO-BALDERAS crossing in the truck. Law Enforcement databases confirmed the two prior crossings on April 24, 2022, and April 25, 2022. ALFARO-BALDERAS stated he knew that there were drugs in the vehicle. ALFARO-BALDERAS stated he was going to be paid $500 but then changed his story and told agents that he was being threatened into crossing the vehicle.